UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22540-CIV-D'ANGELO

JORDAN LEIGH,

    Plaintiff,

vs.

UNITED STATES, DEPARTMENT OF
TREASURY, INTERNAL REVENUE SERVICE,

    Defendant.

_____/

## ORDER GRANTING IN-PART AND DENYING IN-PART THE GOVERNMENT'S MOTION TO EXTEND TIME

**THIS CAUSE** is before the Court on the Government's Motion to Extend Time filed on July 25, 2025 (DE 13).[1] Having considered the pertinent portions of the record, and being otherwise fully advised in the premises, for good cause shown, it is hereby **ORDERED and ADJUDGED** that:

The Motion is **GRANTED IN-PART and DENIED IN-PART**. The Government shall have until **September 5, 2025** to file a response to Plaintiff's Complaint. The Parties shall also file a Joint Scheduling Report and Certificate of Interested Parties pursuant to the Court's July 25, 2025 Order (DE 12) by **September 5, 2025**.

**DONE and ORDERED** in Chambers in Miami, Florida on this 5th day of August, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:    *Pro Se* Plaintiff Jordan Leigh
       All Counsel of Record

---

[1] Pursuant to Administrative Order 2025-11 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding Judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and entering a final judgment.