IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JORDAN LEIGH, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:25-cv-22540-EFD |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |

## ANSWER

Defendant Internal Revenue Service ("Service"), the only proper party defendant in this suit under 5 U.S.C. § 553, answers Plaintiff Jordan Leigh's Complaint as follows:

### FIRST DEFENSE

Plaintiff cannot compel production of records exempt from disclosure under the FOIA, 5 U.S.C. § 552(b).

### SECOND DEFENSE

Plaintiff is neither eligible for nor entitled to an award of attorney's fees and costs and expenses incurred by Plaintiff.

### THIRD DEFENSE

The Service is entitled to additional time to complete its review of the records under the FOIA, 5 U.S.C. § 552(a)(6)(C), including by a stay of this case.

### FOURTH DEFENSE

Plaintiff is not entitled to any relief beyond the relief the FOIA provides.

## FIFTH DEFENSE

Plaintiff does not meet the requirements to expedite this proceeding under 28 U.S.C. § 1657.

## SIXTH DEFENSE

Defendant is entitled to both search and review fees.

FOR ITS ANSWER, Defendant further responds to the allegations of the Complaint as follows.

## INTRODUCTION

1. The Service admits that this is an action under the Freedom of Information Act ("FOIA") seeking to compel the disclosure of records from Defendant. The United States lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in ¶ 1.

## JURISDICTION AND VENUE

2. Admit.

3. Admit.

## PARTIES

4. Admit.

5. Admit.

## FOIA REQUESTS AND IRS NON-RESPONSE

6. Admit.

7. The United States lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 7.

8. Admit.

9. The United States lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 9.

10. Admitted that the IRS mailed letters acknowledging receipt of the FOIA requests. The United States lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in ¶ 10.

11. Admit.

12. Admit.

13. The United States lacks sufficient knowledge and information to form a belief as to the truth of the allegations in ¶ 13.

## CLAIM FOR RELIEF

14. Deny.

15. Deny.

## PRAYER FOR RELIEF

WHEREFORE, the Internal Revenue Service, having fully responded to the Plaintiffs' Complaint, prays that the Court dismiss the Complaint with prejudice, grant the Service its costs in defending this action, and grant any further relief as may be deemed just and proper under the circumstances.

DATED: September 4, 2025                             Respectfully submitted,

/s/ *Joshua D. Zimberg*
JOSHUA D. ZIMBERG
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-598-3739
Fax:  202-514-6866
Joshua.D.Zimberg@usdoj.gov
*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that service of the United States' **Answer** has been made on September 4, 2025 via USPS to:

**Jordan Leigh**
701 Brickell Ave.
Suite 1550
Miami, FL 33131
*Pro se*

                                              */s/ Joshua D. Zimberg*
                                              JOSHUA D. ZIMBERG
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice