IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JORDAN LEIGH, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:25-cv-22540-EFD |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, DEPARTMENT OF ) | |
| TREASURY, INTERNAL REVENUE ) | |
| SERVICE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## CERTIFICATE OF INTERESTED PARTIES

Defendant, United States, hereby file the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including affiliates, parent corporations, and other identifiable legal entities related to it:

1. None

DATED: September 4, 2025

Respectfully submitted,

/s/ *Joshua D. Zimberg*
JOSHUA D. ZIMBERG
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-598-3739
Fax:  202-514-6866
Joshua.D.Zimberg@usdoj.gov
*Counsel for the United States*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the Joint Scheduling Report has been made on September 4, 2025 via USPS to:

**Jordan Leigh**
701 Brickell Ave.
Suite 1550
Miami, FL 33131
*Pro se*

/s/ *Joshua D. Zimberg*
JOSHUA D. ZIMBERG
Trial Attorney, Tax Division
U.S. Department of Justice