IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JORDAN LEIGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, DEPARTMENT OF )<br>TREASURY, INTERNAL REVENUE )<br>SERVICE, )<br>)<br>Defendants. )<br>_____) | Case No. 1:25-cv-22540-EFD |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Local Rule 16.1(b)(3), it is ORDERED AND ADJUDGED as follows:

This schedule shall not be modified absent Court Order.

### A. Designated Track

*Plaintiff:*

Please see Exhibit A.

*Defendant:*

This case is currently not assigned to any available track. Due to the subject matter of the complaint, the Court will set a summary judgment briefing schedule, as well as trial schedule, to occur after the Service has completed its search and claimed any FOIA exemptions to disclosure.

### B. Discovery Schedule

*Plaintiff:*

Please see Exhibit A.

*Defendant:*

7

Any discovery deadline is currently paused. The Court will set a summary judgment briefing schedule, as well as trial schedule (if necessary), to occur after the Service has completed its search and claimed any FOIA exemptions to disclosure. The parties will file periodic status reports updating the Court as to the status of the FOIA request every 90 days.

**C. Electronically Stored Information**

The parties agree that in discovery electronically stored information will be produced in its native format where requested, to the extent reasonably possible and available to the producing party. If responsive ESI cannot be viewed in its native form without using proprietary software or directly accessing a proprietary database, parties will produce the information in another "reasonably usable form" as defined by Fed. R. Civ. P. 34(a)(1)(A) or as .pdf files. A reasonably usable form allows the underlying information to be extracted, converted, imported, and searched.

**D. Claims of Privilege**

The parties agree to confer in an attempt to resolve disputes regarding claims of privilege or protection prior to requesting Court intervention.

**E. Joinder of Parties and Amendments to the Pleadings**

The Court will set a schedule for the parties to file motions for joinder of parties or amendments to the pleadings after the Service has completed its search and claimed any FOIA exemptions to disclosure.

**F. Pretrial Motion Deadline**

The Court will set a schedule for the pretrial motion deadline after the Service has completed its search and claimed any FOIA exemptions to disclosure.

### G. Pretrial Motion Resolution Deadline

The Court will set a schedule for the pretrial motion resolution deadline after the Service has completed its search and claimed any FOIA exemptions to disclosure.

### H. Rule Variations

*Plaintiff:*

Please see Exhibit A.

*Defendant:*

Due to the subject matter of the complaint, the Court will assign the case to a designated track, set a summary judgment briefing schedule, trial schedule, and general litigation schedule after the Service has completed its search and claimed any FOIA exemptions to disclosure.

### I. Pretrial Conference Date

*Plaintiff:*

Please see Exhibit A.

*Defendant:*

The Court will set a schedule for the pretrial conference date after the Service has completed its search and claimed any FOIA exemptions to disclosure.

### J. Trial Date

*Plaintiff:*

Please see Exhibit A.

*Defendant:*

The Court will set a schedule for the trial date after the Service has completed its search and claimed any FOIA exemptions to disclosure, and receives a ruling on its motion for summary judgment.

DATED: September 4, 2025

Respectfully submitted,

/s/ *Joshua D. Zimberg*
JOSHUA D. ZIMBERG
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel: 202-598-3739
Fax: 202-514-6866
Joshua.D.Zimberg@usdoj.gov
Counsel for the United States

/s/
Jordan Leigh
701 Brickell Ave.
Suite 1550
Miami, FL 33131
*Pro se*

APPROVED FOR ENTRY.

Date: _____

_____
Ellen F. D'Angelo
United States Magistrate Judge

10

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the Joint Scheduling Report has been made on September 4, 2025 via USPS to:

**Jordan Leigh**
701 Brickell Ave.
Suite 1550
Miami, FL 33131
*Pro se*

/s/ *Joshua D. Zimberg*
JOSHUA D. ZIMBERG
Trial Attorney, Tax Division
U.S. Department of Justice

11