UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22540-CIV-D'ANGELO

JORDAN LEIGH,

    Plaintiff,

vs.

UNITED STATES, DEPARTMENT OF
TREASURY, INTERNAL REVENUE SERVICE,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court on Plaintiff Jordan Leigh's and Defendant United States, Department of Treasury, Internal Revenue Service's Joint Scheduling Report filed on September 4, 2025 (DE 17).[1] On June 4, 2025, the Court issued the Order Regarding Jurisdiction, informing Plaintiff that "[a]ny party is free to opt out of the Magistrate Judge's jurisdiction without any adverse consequences" (DE 6 at 1). On July 21, 2025, the Court issued the Second Order Regarding Jurisdiction, informing Defendant of the same (DE 10 at 1). Pursuant to the June 4, 2025 and July 21, 2025 Orders, Plaintiff and Defendant had fourteen (14) days—until June 18, 2025 and August 4, 2025, respectively—to file a motion for case reassignment (DE 6 at 2, DE 10 at 2). Neither party filed a motion by that deadline and continued to file documents in the case. In the Joint Scheduling Report, the Parties stated that they "do not unanimously consent to full disposition of the case by the Magistrate Judge" (DE 17 at 3). Accordingly, it is hereby

**ORDERED and ADJUDGED** that:

---

[1] Pursuant to Administrative Order 2024-10 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.

The Parties must show cause as to why they failed to comply with the Court's June 4, 2025 and July 21, 2025 Orders and timely request case reassignment by filing a response to this Order by **September 25, 2025**. The Parties are reminded that a party who does not consent to the Magistrate Judge's jurisdiction must file an appropriate motion for case reassignment.

**DONE and ORDERED** in Chambers in Miami, Florida on this 18th day of September, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:   *Pro Se* Plaintiff Jordan Leigh
      All Counsel of Record