IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| JORDAN LEIGH, | ) | |
| | ) | Case No. 1:25-cv-22540-EFD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## THE UNITED STATES' RESPONSE TO THE COURT'S ORDER

Plaintiff, Jordan Leigh, and Defendant, United States, respond to the Court's September 18, 2025 Order (Dkt. 18). The inclusion of the language in the Joint Scheduling Report indicating that the parties do not unanimously consent to full disposition of the case by the Magistrate Judge was an oversight. The parties consent to the Magistrate Judge's jurisdiction.

//

//

DATED: September 22, 2025					Respectfully submitted,

							/s/ *Joshua D. Zimberg*
							JOSHUA D. ZIMBERG
							Trial Attorney, Tax Division
							U.S. Department of Justice
							Post Office Box 227
							Washington, D.C. 20044
							Tel: 202-598-3739
							Fax: 202-514-6866
							Joshua.D.Zimberg@usdoj.gov
							*Counsel for the United States*

							/s/
							Jordan Leigh
							701 Brickell Ave.
							Suite 1550
							Miami, FL 33131
							*Pro se*